

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2014

No. 04-14-00575-CV

Estate of Delfina E. **ALEXANDER**, Deceased,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2008-PB7-000016-L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Appellants filed a Joint Notice of Appeal from an Order Granting Motion for Appointment of Appellate Counsel in Trial Cause Number 2008PB7000016L2. It appears this court does not have jurisdiction to consider an appeal from this order. *See In the Guardianship of Glasser*, 297 S.W.3d 369 (Tex. App.—San Antonio 2009, no pet.); *In the Matter of the Estate of Levinson*, No. 04-08-00782-CV; 04-08-00929-CV; 04-09-00092-CV, 2009 WL 3400935 (Tex. App.—San Antonio Oct. 21, 2009, no pet.) (mem. op.).

Accordingly, if appellants do not agree with this court's initial review of its jurisdiction, appellants are hereby ORDERED to show cause in writing no later than September 12, 2014 why this appeal should not be dismissed for lack of jurisdiction. If appellants do not respond by September 12, 2014, this appeal is subject to dismissal for lack of jurisdiction.

All other appellate deadlines in this appeal are ABATED pending this court's determination of its jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court